**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

UNITED STATES OF AMERICA,

v.

HECTOR EZQUIVEL MIRELES,

Defendant.

CASE NO.: 2:26-cr-27

**ORDER**

The Court held an Initial Appearance on Complaint in this case on July 21, 2026. At that hearing, the Government moved for Defendant to be detained pending further proceedings. Defendant sought to be released on bond pending further proceedings. After hearing from the parties, the Court withheld its ruling on detention pending additional supportive information to be provided to the Court in support of Defendant being released on bond. On August 13, 2026, Defendant filed a Motion for the Court to Review of Additional Evidence. Doc. 16. The Government filed a response in objection to Defendant's motion on August 13, 2026. Doc. 17. The Court conducted a hearing on August 21, 2026. After hearing from the parties, the Court **DENIED** the Government's request for detention and **ORDERED** Defendant provisionally released. However, the Court determined that it was premature to assess the appropriate conditions, given that Defendant is subject to an ICE detainer and would almost certainly be transferred to ICE custody.

After hearing from all parties during the hearing, the Court **ORDERED** Defendant provisionally released, but only if Defendant would be transferred to ICE custody. If ICE does not take Defendant into custody on its detainer, or later releases Defendant from custody, Defendant shall be transferred back into the custody of the United States Marshal. Additionally, if Defendant is released from ICE custody, counsel shall immediately notify the Court of Defendant's release. The Court will then schedule a hearing to set conditions of release.

**SO ORDERED**, this 21st day of August, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA